United States Bankruptcy Court for the Eastern District of Pennsylvania

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Salome Margvelasvhili  20-12949 |
| Creditor Name and Address: | MOHELA on behalf of SoFi<br>633 Spirit Drive<br>Chesterfield MO 63005 |
| Court Claim Number (if known): | 1 |
| Date Claim Filed: | 07/13/2020 |
| Total Amount of Claim Filed: | $32,146.38 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10/05/2020

/s/ Susan Kanoy

Print Name: Susan Kanoy

Title (if applicable): Claims Review Auditor

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**

**Kanoy, Susan - x3537**

| | |
|---|---|
| **From:** | Poniewaz, Noel - x3565 |
| **Sent:** | Monday, October 5, 2020 8:11 AM |
| **To:** | Kanoy, Susan - x3537 |
| **Cc:** | Craig, Tyler - x4528 |
| **Subject:** | FW: 20-12949: Salome R Margvelashvili |
| **Importance:** | High |

Hey Sue,

Can you assist Meghan? I am not finding anyone on the system with this name.

Thanks

**From:** meghan@sadeklaw.com <meghan@sadeklaw.com>
**Sent:** Monday, October 5, 2020 8:05 AM
**To:** Claims_Help <ClaimsHelp@MOHELA.com>
**Subject:** 20-12949: Salome R Margvelashvili
**Importance:** High

Good morning,

Can you please withdraw claim #1 in the above-referenced Chapter 13 bankruptcy in the Eastern District of Pennsylvania? It is amended by the second claim and therefore moot.

Thank you,

_____
*Meghan Power, Esquire**
Sadek & Cooper
Phone: 215-545-0008
Fax: 215-545-0611
*Licensed in PA & NJ

CENTER CITY PHILADELPHIA: 1315 Walnut Street, #502 Phila., PA 19107
DELAWARE COUNTY OFFICE: 1489 Baltimore Pike, #218, Springfield, PA 19064
BUCKS COUNTY OFFICE: 5 Neshaminy Interplex Drive, Suite 205, Trevose, PA 19053
MONTGOMERY COUNTY OFFICE: 630 Freedom Center Drive, Suite 36, King Of Prussia, PA 19406
NEW JERSEY:3000 Atrium Way, Suite 200, Mt. Laurel, NJ 08054

www.sadeklaw.com
www.philadelphiabankruptcylawyer.com
www.delawarecountybankruptcy.com
www.buckscountypabankruptcy.com/

This message may contain privileged information. If you are not the intended recipient of this electronic message, please contact the sender immediately at meghan@sadeklaw.com or by phone at 215-545-0008.